# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before the Court an attorney must either be a member in good standing of the Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rues 83.12 through 83.14.

In the Matter of  Case Number: 1:11 cv 07060

**AMY LANGENDORF, on behalf of herself and all others similarly situated v. SKINNYGIRL COCKTAILS, LLC. and BETHENNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**BEAM GLOBAL SPIRITS & WINE, INC.**

| | |
|---|---|
| NAME (Type or print) | |
| Richard J. Keating, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Richard J. Keating, Jr. | |
| FIRM | |
| Swanson, Martin & Bell, LLP | |
| STREET ADDRESS | |
| 330 North Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6229550 | (312) 321-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY LANGENDORF, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 1:11 cv 07060 |
| SKINNYGIRL COCKTAILS, LLC, BETHANNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC. | ) ) ) ) ) | Honorable Charles R. Norgle, Sr. Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, I electronically filed an Appearance on behalf of Defendant Beam Global Spirits & Wine, Inc. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Larry D. Drury
>Larry D. Drury, Ltd.
>100 N. LaSalle St., Suite 1010
>Chicago, IL 60602

>s/ Richard J. Keating, Jr.
>ARDC No. 6229550
>Attorney for Defendant,
>BEAM GLOBAL SPIRITS & WINE, INC.
>SWANSON, MARTIN & BELL, LLP
>330 North Wabash, Suite 3300
>Chicago, IL  60611
>(312) 321-9100
>(312) 321-0990 (fax)
>rkeating@smbtrials.com