**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 11-cv-842 |

AMY LANIGAN, Plaintiff
v.
SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL,
SBC GLOBAL, LLC, and BEAM GLOBAL SPIRITS &
WINE, INC., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BEAM GLOBAL SPIRITS & WINE, INC.

| |
|---|
| NAME (Type or print) |
| Christopher T. Sheean |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher T. Sheean |
| FIRM |
| Swanson, Martin & Bell, LLP |
| STREET ADDRESS |
| 330 N. Wabash Ave., Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210018 | 312-222-8559 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐