**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: 11-cv-07060

AMY LANGENDORF, et al., Plaintiff,
v.
SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL,
SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE,
INC., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BEAM GLOBAL SPIRITS & WINE, INC.

| | |
|---|---|
| NAME (Type or print) Christopher T. Sheean | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Christopher T. Sheean | |
| FIRM Swanson, Martin & Bell, LLP | |
| STREET ADDRESS 330 N. Wabash Ave., Suite 3300 | |
| CITY/STATE/ZIP Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6210018 | TELEPHONE NUMBER 312-222-8559 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |