# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:11-CV-07060

AMY LANGENDORF, Plaintiff,

v.

SKINNYGIRL COCKTAILS, LLC,
BETHANY FRANKEL,
SGC GLOBAL, LLC and
BEAM GLOBAL SPIRITS & WINE, INC., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

SKINNYGIRL COCKTAILS, LLC and SGC GLOBAL, LLC

| | |
|---|---|
| NAME (Type or print) Francis A. Citera | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Francis A. Citera | |
| FIRM Greenberg Traurig, LLP | |
| STREET ADDRESS 77 West Wacker Drive, Suite 3100 | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6185263 | TELEPHONE NUMBER (312) 456-8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL              APPOINTED COUNSEL | |