IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMY LANGENDORF, on behalf of herself, all others similarly situated,<br><br>                   Plaintiff,<br>  v.<br><br>SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL, SGC GLOBAL, LLC AND BEAM GLOBAL SPIRITS & WINE, INC.,<br><br>                   Defendants. | Case No. 11 cv 7060<br><br>Judge Charles R. Norgle, Jr. |

**DEFENDANT BEAM GLOBAL SPIRITS & WINE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Beam Global Spirits & Wine, Inc. ("Beam" or "Defendant") moves this Honorable Court for an extension to file its answer or otherwise plead to Plaintiff's Amended Complaint. In further support of this motion, defendant states as follows:

1. Plaintiff filed her Amended Complaint on November 16, 2011.

2. Plaintiff's Complaint is a purported class action suit against Beam regarding the labeling used in its Skinnygirl Margarita brand. (Doc. No. 1).

3. Defendant's answer or responsive pleading is due on December 5, 2011.

4. Beam's counsel is requesting an extension of 11 days to file its answer or responsive pleadings.

5. Plaintiff's counsel has confirmed that he has no objection to the 11 day extension requested by Beam.

WHEREFORE, the Defendants, Beam Global Spirits & Wine, Inc. and Fortune Brands, Inc., respectfully request this Honorable Court to enter an order granting Defendant Beam Global Spirits & Wine, Inc. an 11 day extension, until December 16, 2011, to file its answer or responsive pleadings, and any other relief this court deems just and necessary.

        Respectfully Submitted,

By:   /s/ Christopher T. Sheean
      One of the attorneys for Defendant
      Beam Global Spirits & Wine, Inc.

Christopher T. Sheean (ARDC #6210018)
Richard J. Keating ARDC# 6229550
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL 60611
312-321-9100
312-321-0990 FAX
csheean@smbtrials.com