IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMY LANGENDORF, on behalf of herself, all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL, SGC GLOBAL, LLC AND BEAM GLOBAL SPIRITS & WINE, INC.,<br><br>    Defendants. | Case No. 11 cv 7060<br><br>Judge Charles R. Norgle, Jr. |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that on December 2, 2011 at 10:30 a.m., or as soon as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle, Jr. in Room 1041 of the U.S. District Court, Northern District of Illinois, Eastern Division, and then and there present **Defendant's Unopposed Motion for Extension of Time to Answer Or Otherwise Plead**.

          *Respectfully submitted,*

     By: s/ Christopher T. Sheean
        Christopher T. Sheean (#6210018)
        Swanson, Martin & Bell LLP
        330 North Wabash Avenue, Suite 3300
        Chicago, Illinois 60611
        (312) 321-9100
        Fax (312) 321-0990
        Counsel for Dunhill Asset Services III, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2011, a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's CM/ECF system.

      By: /s/ Christopher T. Sheean
          One of the Attorneys for Dunhill Asset
          Services III, LLC

Christopher T. Sheean, ARDC #6210018
Swanson, Martin & Bell LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100