IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:11-cv-07060 |
| v. | ) ) ) | |
| SKINNYGIRL COCKTAILS, LLC, BETHANY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC., | ) ) ) ) ) | Judge Charles R. Norgle, Jr. |
| Defendants. | ) | |

## DEFENDANTS SKINNYGIRL COCKTAILS, LLC AND SGC GLOBAL, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Skinnygirl Cocktails, LLC and SGC Global, LLC (collectively, "Skinnygirl") move this Honorable Court for an extension of time to file their answers or otherwise plead to Plaintiff's Amended Complaint. In further support of this motion, Skinnygirl states as follows:

1. Plaintiff filed her Amended Complaint on November 16, 2011.

2. Plaintiff's Complaint is a purported class action suit against Skinnygirl and others regarding the labeling used in the "Skinnygirl Margaritas." (Doc. No. 1).

3. Defendants' answer or responsive pleading is due on December 5, 2011.

4. Skinnygirl requests an extension of 11 days to file their answer or responsive pleadings.

5. Plaintiff's counsel has confirmed that he has no objection to the 11 day extension requested by Skinnygirl.

WHEREFORE, the Defendants, Skinnygirl Cocktails, LLC and SGC Global, LLC, respectfully request this Honorable Court to enter an order granting Defendants Skinnygirl Cocktails, LLC and SGC Global, LLC an 11 day extension, until December 16, 2011, to file their answer or responsive pleadings, and any other relief this court deems just and necessary.

Dated: November 30, 2011              SKINNYGIRL COCKTAILS, LLC
                                      and SGC GLOBAL, LLC,


                               By:    /s/ Francis A. Citera
                                      One of Their Attorneys

Francis A. Citera (ARDC 6185263)
Greenberg Traurig, LLC
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
(312) 456-8400 Telephone
(312) 456-8435 Facsimile
citeraf@gtlaw.com

CHI 61,807,869v1 11-30-11