IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNYGIRL COCKTAILS, LLC, BETHANY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC.,<br><br>Defendants. | Case No. 1:11-cv-07060<br><br>Judge Charles R. Norgle, Jr. |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on December 2, 2011 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Charles r. Norgle, Jr., or any judge sitting in his stead in Courtroom 1041 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present Defendants Skinnygirl Cocktails, LLC and SGC Global, LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Plead.

Dated: November 30, 2011

Skinnygirl Cocktails, LLC
and SGC Global, LLC

/s/ Francis A. Citera
One of Their Attorneys

Francis A. Citera (ARDC # 6185263)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
(312) 456-8400 Telephone
(312) 456-8435 Facsimile
citeraf@gtlaw.com E-mail

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2011, I electronically filed the foregoing Notice of Unopposed Motion for Extension of Time to Answer or Otherwise Plead with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

Larry D. Drury
Larry D. Drury, Ltd.
100 North LaSalle, Suite 1010
Chicago, Illinois 60602

Christopher T. Sheean
Richard J. Keating
Swanson, Martin & Bell LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611

Donald I. Strauber
30 Rockefeller Plaza
New York, New York 10112

/s/ Francis A. Citera