# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Amy Langendorf
                        Plaintiff,

v.                                                       Case No.: 1:11−cv−07060
                                                       Honorable Charles R. Norgle Sr.

Skinnygirl Cocktails, LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 1, 2011:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Defendant Beam Global Spirits & Wine, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead [10] is granted. Defendant Skinnygirl Cocktails, LLC and SGC Global, LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Plead [14] is granted. The parties are not required to appear before the court on Friday, December 2, 2011. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.