# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before the Court an attorney must either be a member in good standing of the Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rues 83.12 through 83.14.

In the Matter of                                              Case Number: 1:11 cv 07060

**AMY LANGENDORF, on behalf of herself and all others similarly situated v. SKINNYGIRL COCKTAILS, LLC. and BETHENNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**BETHENNY FRANKEL**

| |
|---|
| NAME (Type or print) <br> Christopher T. Sheean |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher T. Sheean |
| FIRM <br> Swanson, Martin & Bell, LLP |
| STREET ADDRESS <br> 330 North Wabash Avenue, Suite 3300 |
| CITY/STATE/ZIP <br> Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6210018 | TELEPHONE NUMBER <br> (312) 321-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐