**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, | ) ) ) | Case No. 1:11-cv-07060 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SKINNYGIRL COCKTAILS, LLC, BETHANY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC., | ) ) ) ) | Judge Charles R. Norgle, Jr. |
| Defendants. | ) ) | |

**SGC GLOBAL, LLC's CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant SGC Global, LLC f/k/a Skinnygirl Cocktails, LLC, by its undersigned counsel, states that it is a privately held limited liability company, that it has no parent corporation, and that no publicly held corporation owns 10 percent or more of its stock[1].

Dated: December 16, 2011

SGC Global, LLC, f/k/a
Skinnygirl Cocktails, LLC

/s/ Francis A. Citera
One of Their Attorneys

Francis A. Citera (ARDC # 6185263)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
(312) 456-8400 Telephone
(312) 456-8435 Facsimile
citeraf@gtlaw.com E-mail

---

[1] Plaintiff erroneously names both Skinnygirl Cocktails, LLC and SGC Global, LLC as defendants. In March 2011, Skinnygirl Cocktails, LLC changed its name to SGC Global, LLC. Thus, SGC Global, LLC is the only proper party defendant and responds accordingly.

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing Corporate Disclosure Statement of SGC Global, LLC with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

Larry D. Drury
Larry D. Drury, Ltd.
100 North LaSalle, Suite 1010
Chicago, Illinois 60602

Christopher T. Sheean
Richard J. Keating
Swanson, Martin & Bell LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611

and served on the following parties by U.S. Mail:

Mr. Donald I. Strauber
Ms. Mary T. Yelenick
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112

/s/ Francis A. Citera