**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Amy Langendorf
                                 Plaintiff,

v.                                              Case No.: 1:11–cv–07060
                                                    Honorable Charles R. Norgle Sr.

Skinnygirl Cocktails, LLC, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 22, 2011:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiff's response to motion to dismiss [20] is due on or before 1/27/2012. Defendant's reply is due on or before 2/10/2012. The parties need not appear before the court on 12/23/2011. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.