IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 11-cv-07060 |
| SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Richard J. Keating, Jr.          Frank Citera
     Swanson, Martin & Bell, LLP      Greenberg Traurig
     330 North Wabash Ave., Suite 3300  1200 17th Street, Suite 2400
     Chicago, IL 60611                Denver, CO 80202

PLEASE TAKE NOTICE that on the 25th day of January, 2012, the undersigned attorneys for Plaintiff, Amy Langendorf, caused to be filed in the above-captioned United States District Court, Northern District of Illinois, Eastern Division, her Plaintiff's Response to Defendant SGC Global, LLC's Motion to Dismiss Plaintiff's Amended Class Action Complaint, a copy of which is served upon you by the Court's ECF system.

                                By:   s/ Larry D. Drury
                                      Larry D. Drury

LARRY D. DRURY
LARRY D. DRURY, LTD.
100 N. LaSalle, Suite 1010
Chicago, IL 60602
(312) 346-7950
Ill. Reg. #0681024

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies, under oath, that the above notice and pleading were served upon counsel and/or parties of record on this 25th day of January, 2012, by operation of this Court's ECF system.

                                           /s/ Larry D. Drury
                                           Larry D. Drury