# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 7060 | **DATE** | 2/9/2012 |
| **CASE TITLE** | Amy Langendorf vs. Skinnygirl Cocktails, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Donald I. Strauber's Motion for Leave to Appear Pro Hac Vice [12] is granted.

Docketing to mail notices.

2012 FEB -9 PM 4:47
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|