**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 11-cv-07060 |
| SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

<u>MOTION FOR CLASS CERTIFICATION</u>

NOW COMES Plaintiff, AMY LANGENDORF, on behalf of herself and all others

similarly situated, by and through her attorneys, LARRY D. DRURY, LTD., and respectfully

move pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure that this Court enter an

order certifying and determining that this action may properly be maintained as a class action.

In support of this motion, the Plaintiffs state that the Class on behalf of which this action

is sought to be maintained may be defined as follows:

<u>Definition of the Plaintiff Class</u>

Any and all persons who purchased "Skinnygirl" Margarita spirits in the United States from
March 1, 2009 until the date notice is disseminated. Excluded from the Class are Defendants'
officers, directors, agents and employees, those who purchased "Skinnygirl" Margaritas for the
purpose of resale and any judge presiding over this case, including any member of his/her family.

    1.    Common questions of law or fact include, in part:

    A.    Whether Defendants had adequate substantiation for its claims prior to making

them;

B.     Whether Defendants' conduct constitutes a violation of public policy;

C.     Whether Defendants' conduct constitutes violations of the laws asserted in the Amended Class Action Complaint;

D.     Whether Defendants' conduct constitutes a breach of contract;

E.     Whether Defendants' conduct constitutes unjust enrichment;

F.     Whether Plaintiff and the Class are entitled to promissory estoppel;

G.     Whether Defendants' conduct constitutes a violation of the Illinois Consumer Fraud and Deceptive Practices Act;

H.     Whether Defendants engaged in false or misleading advertising;

I.     Whether Plaintiff and the Class members have sustained monetary loss and the proper measure of that loss;

J.     Whether Defendants' conduct violated 810 ILCS 5/2-313, 314 and 315 (breach of warranties);

K.     Whether Plaintiff and the Class members are entitled to declaratory judgment;

L.     Whether Plaintiff and the Class members are entitled to injunctive relief.

2.     The claims and acts of the representative parties are typical of the claims of the class. The representative Plaintiff was a person who purchased "Skinnygirl" Margaritas.

3.     Plaintiff further states that the questions of law or fact with respect to "Skinnygirl" Margaritas being "all natural", containing "no preservatives", and being made with "100% Blue Agave clear tequila" or "Blue Agave tequila" depending upon the label, as alleged in the Amended Class Action Complaint, are common to the members of the Plaintiff class and

-2-

predominate over any questions of individual members.

    4.    Class adjudication is superior to all other available methods for adjudication of this controversy, i.e., there are thousands of putative class members who purchased "Skinnygirl" Margaritas, and separate suits to litigate the legality of Defendants' acts and conduct would not be in the best interest of judicial economy and efficiency.

    WHEREFORE, Plaintiff, AMY LANGENDORF, on behalf of herself and all others similarly situated, hereby respectfully request that this Court enter an order certifying and determining that this action may properly be maintained as a class action, appointing Plaintiff as class representative, and appointing Larry D. Drury of Larry D. Drury, Ltd., as class counsel.

                  Respectfully submitted,

                  AMY LANGENDORF, on behalf of herself and all others similarly situated,

                  By: _____

LARRY D. DRURY
LARRY D. DRURY, LTD.
100 North LaSalle Street
Suite 1010
Chicago, IL 60602
(312) 346-7950
Atty. No. 0681024

-3-