IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 11-cv-07060 |
| SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO: Richard J. Keating, Jr.  Frank Citera
Christopher T. Sheean  Greenberg Traurig
Swanson, Martin & Bell, LLP  77 West Wacker Drive
330 North Wabash Ave., Suite 3300  Suite 3100
Chicago, IL 60611  Chicago, IL 60601

PLEASE TAKE NOTICE that on _April 13_, 2012 at _10:30_ a.m., or as soon as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle, Jr. In Room 1041 of the U.S. District Court, Northern District of Illinois, Eastern Division and then and there present Plaintiff's Motion for Class Certification, a copy of which is served upon you by the Court's ECF system.

By: s/ Larry D. Drury
Larry D. Drury

LARRY D. DRURY
LARRY D. DRURY, LTD.
100 N. LaSalle, Suite 1010
Chicago, IL 60602
(312) 346-7950
Ill. Reg. #0681024

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies, under oath, that the above notice and pleading were served upon counsel and/or parties of record on this 4th day of April, 2012, by operation of this Court's ECF system.

            <u>/s/ Larry D. Drury</u>
            Larry D. Drury