IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 11-cv-07060 |
| SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

TO:   Richard J. Keating, Jr.             Frank Citera
         Christopher T. Sheean            Greenberg Traurig
         Swanson, Martin & Bell, LLP      77 West Wacker Drive
         330 North Wabash Ave., Suite 3300  Suite 3100
         Chicago, IL 60611                  Chicago, IL 60601

     PLEASE TAKE NOTICE that on April 27, 2012 at 10:30 a.m., or as soon as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle, Jr. In Room 1041 of the U.S. District Court, Northern District of Illinois, Eastern Division and then and there present Plaintiff's Motion for Class Certification, a copy of which was previously served upon you by the Court's ECF system.

                                            By:    <u>s/ Larry D. Drury</u>
                                                     Larry D. Drury

LARRY D. DRURY
LARRY D. DRURY, LTD.
100 N. LaSalle, Suite 1010
Chicago, IL 60602
(312) 346-7950
Ill. Reg. #0681024

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies, under oath, that the above notice and pleading were served upon counsel and/or parties of record on this 10th day of April, 2012, by operation of this Court's ECF system.

                                              /s/ Larry D. Drury
                                              Larry D. Drury