**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Amy Langendorf
                            Plaintiff,

v.                                                  Case No.: 1:11–cv–07060
                                                  Honorable Charles R. Norgle Sr.

Skinnygirl Cocktails, LLC, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 18, 2012:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Defendants' Response to Plaintiff's Motion for Class Certification [37] is due on or before 5/11/2012. Plaintiff's Reply is due on or before 5/18/2012. The parties are not require to appear before the court on April 27, 2012. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.