IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, ) ) ) | |
| ) | Case No. 1:11-cv-07060 |
| Plaintiff, ) ) | |
| v. ) ) | |
| SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC., ) ) ) ) | Judge Charles R. Norgle, Sr. |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 25, 2012 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Charles R. Norgle, Sr., or any judge sitting in his stead in Courtroom 1041 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Agreed Motion to Vacate the Briefing Schedule on Plaintiff's Motion for Class Certification and for Entry of Proposed Scheduling Order.

Dated: May 10, 2012                         /s/ Francis A. Citera

*Attorney for SGC Global, LLC f/k/a*
*Skinnygirl Cocktails, LLC*

Francis A. Citera (ARDC # 6185263)
Greenberg Traurig, LLP
77 West Wacker Drive , Suite 3100
Chicago, Illinois  60601
(312) 456-8400  Telephone
(312) 456-8435  Facsimile
citeraf@gtlaw.com  E-mail

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2012, I electronically filed the foregoing Agreed Motion to Vacate the Briefing Schedule on Plaintiff's Motion for Class Certification and for Entry of Proposed Scheduling Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

| | |
|---|---|
| Larry D. Drury<br>Larry D. Drury, Ltd.<br>100 North LaSalle Street, Suite 1010<br>Chicago, Illinois 60602 | Howard Weitzman<br>Laura Diane Castner<br>Kinsella Weitzman Iser Kump & Aldisert Llp<br>808 Wilshire Boulevard, Third Floor<br>Santa Monica, California 90401 |
| Christopher T. Sheean<br>Richard J. Keating<br>Swanson, Martin & Bell LLP<br>330 North Wabash Avenue, Suite 3300<br>Chicago, Illinois 60611 | |
| Donald I. Strauber<br>Mary T. Yelenick<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112 | |

                                                           /s/ Francis A. Citera