# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Amy Langendorf

                          Plaintiff,

v.                                         Case No.: 1:11−cv−07060
                                                    Honorable Charles R. Norgle Sr.

Skinnygirl Cocktails, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 24, 2012:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Agreed Motion to Vacate the Briefing Schedule on Plaintiff's Motion for Class Certification and for Entry of Proposed Scheduling Order [41] is granted. The parties need not appear before the court on May 25, 2012. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.