**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | Case no. 11-cv-7060 |
| SKINNY GIRL COCKTAILS, LLC, et al., | Judge Charles R. Norgle, Jr. |
| Defendants. | |

**PLAINTIFF'S MOTION TO RESET BRIEFING SCHEDULE**

NOW COMES the Plaintiff, AMY LANGENDORF, ("Langendorf"), on behalf of herself and all others similarly situated, by and through her attorneys, LARRY D. DRURY, LTD., and in agreement with defendants, SKINNYGIRL COCKTAILS, LLC, ("SKINNYGIRL"), BETHENNY FRANKEL, ("FRANKEL"), SGC GLOBAL, LLC, ("SGC"), and BEAM GLOBAL SPIRITS AND WINE, INC., ("BEAM"), (hereinafter collectively "Defendants"), states as follows:

1. On May 10, 2012, an agreed order was filed allowing the parties to proceed with discovery as to class certification issues.

2. That Plaintiff has received discovery from SGC and Beam, consisting of thousands of pages of documents provided on discs and on defense counsel's websites.

3. Counsel for Plaintiff and SGC and Beam have been in communication with one another regarding discovery issues as they arise. Counsel for Plaintiff is currently in the process of reviewing all the documents received from SGC and Beam.

4. Counsel for Plaintiff intends to conduct a Rule 37 conference with attorneys for SGC regarding both interrogatory answers and documents produced. As of the time of filing this motion, SGC's lead counsel, Francis Citera, is out of the office until October 31.

5. Plaintiff is asking that the briefing schedule on her Motion for Class Certification be reset because 1) the large amount of documents received from SGC and Beam which Plaintiff's counsel is in the process of reviewing; and 2) the anticipated Rule 37 conference between Plaintiff and SGC's counsel.

6. Counsel for SGC and Beam are in agreement with resetting the briefing schedule. Plaintiff is asking that this Court set a status date for the discovery in 30 days of the filing of this motion. At that status date, the briefing schedule Plaintiff's Motion to Certification can be reset if Plaintiff is in receipt of all documents requested and answers to interrogatories.

    WHEREFORE, the Plaintiff, AMY LANGENDORF, respectfully prays this Court to set a status on discovery to be held in 30 days, and at that time reset the briefing schedule on the Plaintiff's Motion for Class Certification, if discovery is complete, and such additional relief deemed appropriate by this Court.

                      Respectfully submitted,
                      AMY LANGENDORF, on behalf of
                      herself and all others similarly situated,


                      By:   s/Larry D. Drury_____
                            Attorney for Plaintiff

Larry D. Drury
LARRY D. DRURY, LTD.
100 North LaSalle Street, Suite 1010
Chicago, Illinois 60602
(312) 346-7950