IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SKINNYGIRL COCKTAILS, LLC, et al.,<br><br>        Defendants. | Case no. 11-cv-7060<br><br>Judge Charles R. Norgle, Jr. |

## NOTICE OF MOTON

To:     All parties of record

PLEASE TAKE NOTICE that on the 2nd day of November, 2011 at 10:30a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Norgle, in Courtroom 2341 of the Everett McKinley Dirksen Building located at 219 South Dearborn Street in Chicago, Illinois, and then and there present the attached *Plaintiff's Motion to Reset Briefing Schedule*, a copy of which is hereby served upon you.


Dated: October 23, 2012                    Respectfully submitted,

                            Amy Langendorf, on behalf of herself
                            and all others similarly situated,

                               s/ Larry D. Drury
                            Larry D. Drury
                            Larry D. Drury, Ltd.
                            100 North LaSalle Street
                            Suite 1010
                            Chicago, Illinois 60602
                            (312) 346-7950 tel
                            (312) 346-5777 fax
                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, that *Plaintiff's Motion to Reset Briefing Schedule* was filed and served on the parties listed below electronically on October 23, 2012.

By:   s/Larry D. Drury

**Francis A Citera**
**Lauren P Buford**
**Paul Joseph Ferak**
Greenberg Traurig, LLP.
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
(312) 456-8400
citeraf@gtlaw.com

**Richard J. Keating, Jr.**
**Christopher T. Sheean**
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue
Suite 3300
Chicago, IL 60611
(312) 321-9100
rkeating@smbtrials.com

**Donald I Strauber**
**Mary T Yelenick**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0127
(212) 408-5100

**Laura Diane Castner**
**Howard Weitzman**
Kinsella Weitzman Iser Kump & Aldisert Llp
808 Wilshire Boulevard
Third Floor
Santa Monica, CA 90401
(310) 566-9800
lcastner@kwikalaw.com