Case: 1:11-cv-07060 Document #: 63 Filed: 03/28/13 Page 3 of 4 PageID #:313
Case: 1:11-cv-07060 Document #: 68 Filed: 04/12/13 Page 1 of 2 PageID #:350

MA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY LANGENDORF, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:11-cv-07060 |
| v. ) ) | Judge Charles R. Norgle, Sr. |
| SKINNYGIRL COCKTAILS, LLC, BETHENNY FRANKEL, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS & WINE, INC., ) ) ) ) | |
| Defendants. ) ) | |

## AGREED SCHEDULING ORDER

This matter coming before the Court by counsel for Plaintiff Amy Langendorf ("Plaintiff") on Plaintiff's Motion to Reset Briefing Schedule [Dkt. No. 57], the Court having granted the motion,

HEREBY ORDERS AS FOLLOWS:

1. The agreed order setting out the current briefing schedule entered on May 29, 2012, is vacated and replaced by the parties' stipulated schedule as set forth herein.

2. All parties shall complete discovery by July 1, 2013. If Plaintiff intends to rely upon any expert opinion to support her motion, Plaintiff shall disclose the expert and provide a copy of the expert report to Defendants on or before May 1, 2013. If any Defendant relies upon any expert opinion to support its opposition to Plaintiff's Motion to Certify the Class, such Defendant shall disclose the expert and provide a copy of the expert report on or before June 3, 2013.

Exhibit A

3. Plaintiff's brief in support of her Motion for Class Certification is due to be filed and served on October 1, 2013.

4. Defendants' opposition to Plaintiff's Motion for Class Certification shall be filed and served on November 12, 2013.

5. Plaintiff's reply in support of class certification shall be filed and served on December 3, 2013.

6. Plaintiff has advised Defendants that she will not be filing an amended complaint with respect to the claims dismissed by this Court's order dated September 24, 2012. Defendant SGC Global, LLC shall file its answer to the remaining counts filed against it in Plaintiff's Amended Class Action Complaint (Counts II - VI, and VIII) on March 28, 2013.

ENTERED:

_____
Hon. Charles R. Norgle, Sr.
United States District Court Judge

4/12/2013